IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| MARYLAND OFFICE OF THE PUBLIC DEFENDER, *et al.* | * | |
| | * | |
| Plaintiffs | | |
| | * | |
| v. | | |
| | * | Civil Action No.: 1:21-cv-01088-ELH |
| TALBOT COUNTY, MARYLAND | * | |
| | | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS THE COMPLAINT**

TALBOT COUNTY, MARYLAND, Defendant, by KARPINSKI, CORNBROOKS & KARP, P.A., KEVIN KARPINSKI and MICHAEL RYND, its attorneys, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), respectfully requests this Honorable Court dismiss the Complaint in this matter in its entirety with prejudice as Plaintiffs have failed to set forth a justiciable controversy or, in the alternative, lack standing to bring the claims or, in the second alternative, have failed to state any claim upon which relief may be granted. Grounds for the requested relief are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

KARPINSKI, CORNBROOKS & KARP, P.A.

BY:     /s/ Kevin Karpinski
KEVIN KARPINSKI
CPF #9312150114

BY:        /s/ Michael Rynd
MICHAEL RYND, #28765
CPF #0612130284
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202-1617
410-727-5000
kevin@bkcklaw.com
*Counsel for Defendant Talbot County, Maryland*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2021, a copy of the foregoing was electronically filed with notice to:

Deborah A. Jeon, Esquire
American Civil Liberties Union
Foundation of Maryland
3600 Clipper Mill Road
Suite 350
Baltimore, Maryland 21211

Daniel W. Wolff, Esquire
David Ervin, Esquire
Kelly H. Hibbert, Esquire
Eric Ashby, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004

Suzanne Trivette, Esquire
Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, New York 10022-2544

Tiffanie McDowell, Esquire
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
***Attorneys for Plaintiffs***

                                               /s/ Kevin Karpinski
                                       *Counsel for Talbot County, Maryland*