IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MARYLAND OFFICE OF THE PUBLIC DEFENDER, *et al.* <br><br> PLAINTIFFS, <br><br> *v.* <br><br> TALBOT COUNTY, MARYLAND, <br><br> DEFENDANT. | **Civil Action No.: No. 1:21-cv-01088-ELH** <br> **Judge Ellen L. Hollander** |

**PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO
THE MOTION TO DISMISS**

MARYLAND OFFICE OF THE PUBLIC DEFENDER, ET AL., Plaintiffs, by their attorneys, and pursuant to Fed. R. Civ. P. 6(b), respectfully move this Honorable Court for a 30-day extension to respond to the Defendant's Motion to Dismiss, until August 13, 2021. As good cause for the requested relief, states as follows:

1. The subject matter of the Motion to Dismiss raises complex issues of significant public interest.

2. In the interest of providing an appropriately thorough response on behalf of Plaintiffs, undersigned counsel contacted Defendant's counsel to request consent to an extension of time to respond and Defendant's counsel has graciously consented to a thirty (30) day extension.

3. The request for an extension of time is not posed for vexatious or contumacious purposes.

4. No party will be unduly prejudiced should the requested relief be granted.

1

July 12, 2021

Respectfully submitted,

/s/ Daniel W. Wolff

| | |
|---|---|
| Deborah A. Jeon (Bar No. 06905)<br>AMERICAN CIVIL LIBERTIES UNION<br>　　FOUNDATION OF MARYLAND<br>3600 Clipper Mill Road<br>Suite 350<br>Balitmore, MD 21211<br>410.889.8550 x 120<br>jeon@aclu-md.org | Daniel W. Wolff (Bar No. 19940)<br>David Ervin *<br>Kelly H. Hibbert (Bar No. 18347)<br>Alexandra L. Barbee-Garrett*<br>Ashley McMahon*<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br>dwolff@crowell.com<br>dervin@crowell.com<br>khibbert@crowell.com<br>abarbee-garrett@crowell.com<br>amcmahon@crowell.com<br><br>Suzanne Trivette*<br>CROWELL & MORING LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2544<br>Telephone: 212.223.4000<br>Facsimile: 212.223.4134<br>strivette@crowell.com<br><br>Tiffanie McDowell*<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614<br>Telephone: 949.263.8400<br>Facsimile: 949.263.8414<br>tmcdowell@crowell.com<br><br>*Attorneys for Plaintiffs*<br><br>*\*Motion for leave to appear pro hac vice forthcoming* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July 2021, a copy of the foregoing was electronically filed with notice to:

> **Kevin Bock Karpinski**
> Karpinski, Cornbrooks & Karp, P.A.
> 120 East Baltimore Street
> Suite 1850
> Baltimore, MD 21202-1617
> 410-727-5000
> Fax: 410-727-0861
> Email: kevin@bkcklaw.com

/s/ Daniel W. Wolff