Case 1:21-cv-01088-ELH   Document 9   Filed 07/12/21   Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

APPROVED THIS _12th_ DAY OF ___July___ 20_21_

*Ellen L. Hollander*

ELLEN L. HOLLANDER, U.S.D.J.

MARYLAND OFFICE OF THE PUBLIC
DEFENDER, *et al.*

PLAINTIFFS,

*v.*

TALBOT COUNTY, MARYLAND,

DEFENDANT.

Civil Action No.: No. 1:21-cv-01088-ELH
Judge Ellen L. Hollander

**PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO
THE MOTION TO DISMISS**

MARYLAND OFFICE OF THE PUBLIC DEFENDER, ET AL., Plaintiffs, by their attorneys, and pursuant to Fed. R. Civ. P. 6(b), respectfully move this Honorable Court for a 30-day extension to respond to the Defendant's Motion to Dismiss, until August 13, 2021. As good cause for the requested relief, states as follows:

1.      The subject matter of the Motion to Dismiss raises complex issues of significant public interest.

2.      In the interest of providing an appropriately thorough response on behalf of Plaintiffs, undersigned counsel contacted Defendant's counsel to request consent to an extension of time to respond and Defendant's counsel has graciously consented to a thirty (30) day extension.

3.      The request for an extension of time is not posed for vexatious or contumacious purposes.

4.      No party will be unduly prejudiced should the requested relief be granted.

1