# KARPINSKI, CORNBROOKS & KARP, P.A.

ATTORNEYS AT LAW
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21202-1617

KEVIN KARPINSKI *
E. I. CORNBROOKS, IV

J. MICHAEL COLLITON *
DANIEL M. SCAPARDINE
JASON C. PARKINS
ASHLEY C. FISHER

* Admitted in MD and DC

Telephone   410-727-5000
Facsimile   410-727-0861
Email  bkcklaw@aol.com
Website  www.kcklegal.com

DANIEL KARP
OF COUNSEL

RICHARD T. COLARESI
MICHAEL B. RYND
RETIRED

November 29, 2021

*Approved*
*ELH*
*USDJ*
*11/29/21*

**Via Electronic Filing**
The Honorable Ellen L. Hollander
United States District Court Judge
United States District Court for
   The District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

   RE:   341-134
         Civil Action No: 1:21-cv-01088-ELH
         *Maryland Office of the Public Defender, et al. v. Talbot County, MD*

Dear Judge Hollander:

   As directed, the parties are submitting a joint status report regarding the above-referenced matter.

   On Tuesday, November 23, 2021, the County Council selected Stratified to remove the monument from the Courthouse grounds. Under the proposal submitted by Stratified, it would begin dismantling the monument on January 17, 2022 and it would be completed by January 21, 2022.

   I have conferred with counsel and they consent to the Defendants' request that the stay of the case be extended until at least January 21, 2022. Should any new developments affect the timing of the proposed work prior to January 21, the parties will submit a new status report.

   Thank you for Your Honor's time and consideration.

                                          Respectfully submitted,

                                          KARPINSKI, CORNBROOKS & KARP, P.A.

                                          /s/

                                          By:   Kevin Karpinski

KK:bjap

cc:   Counsel of Record