# KARPINSKI, CORNBROOKS & KARP, P.A.
### ATTORNEYS AT LAW
#### 120 East Baltimore Street, Suite 1850
#### Baltimore, Maryland 21202-1617

KEVIN KARPINSKI *
E. I. CORNBROOKS, IV

DANIEL M. SCAPARDINE
JASON C. PARKINS
ASHLEY C. FISHER

* Admitted in MD and DC

Telephone 410-727-5000
Facsimile 410-727-0861
Email bkcklaw@aol.com
Website www.kcklegal.com

DANIEL KARP
OF COUNSEL

RICHARD T. COLARESI
MICHAEL B. RYND
RETIRED

January 21, 2022

*Approved -*
*ELH*
*USDJ*
*1/21/22*

**via electronic filing**
The Honorable Ellen L. Hollander
United States District Court Judge
United States District Court for
  The District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

RE:  341-134
     Civil Action No: 1:21-cv-01088-ELH
     *Maryland Office of the Public Defendant, et al. v. Talbot County, MD*

Dear Judge Hollander:

The parties are submitting a joint status report for Your Honor's consideration.

The County has made progress having the Talbot Boys monument removed from the Courthouse grounds. A contract has been awarded and the Contractor has begun doing prep work necessary for the removal of the monument. The monument is scheduled to be moved to Harrisonburg, Virginia and Contractor is traveling to Harrisonburg next week to meet with the Preservation Society.

There has been a slight delay because of inclement weather and because the Contractor had a shortage of workers due to Covid. The County is hopeful that the removal will be completed by February 15, 2022. I have conferred with Plaintiffs' counsel and the parties are making a joint request that the case remain stayed until February 15, 2022 and that the parties submit a joint status report to Your Honor on or before that date.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

KARPINSKI, CORNBROOKS & KARP, P.A.

/s/

By:  Kevin Karpinski

KK:bjap