# KARPINSKI, CORNBROOKS & KARP, P.A.

### ATTORNEYS AT LAW
### 120 East Baltimore Street, Suite 1850
### Baltimore, Maryland 21202-1617

KEVIN KARPINSKI *
E. I. CORNBROOKS, IV

J. MICHAEL COLLITON *
DANIEL M. SCAPARDINE
JASON C. PARKINS
ASHLEY C. FISHER

* Admitted in MD and DC

Telephone  410-727-5000
Facsimile  410-727-0861
Email  bkcklaw@aol.com
Website  www.kcklegal.com

DANIEL KARP
OF COUNSEL

RICHARD T. COLARESI
MICHAEL B. RYND
RETIRED

APPROVED THIS 15th DAY OF February 2022
Ellen Hollander/kw
ELLEN L. HOLLANDER, U.S.D.J.

February 15, 2022

**Via Electronic Filing**
The Honorable Ellen L. Hollander
United States District Court Judge
United States District Court for
  The District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    RE:   341-134
           Civil Action No: 1:21-cv-01088-ELH
           *Maryland Office of the Public Defender, et al. v. Talbot County, MD*

Dear Judge Hollander:

    I am writing to provide the Court with a joint status report in above-referenced matter.

    The County is making progress in removing the Talbot Boys statue. However, it is taking longer than initially projected. I have conferred with Plaintiffs' counsel and we are requesting that the stay remain in place for an additional two (2) weeks. I will provide the Court with a status report (joint if possible) on March 1, 2022.

    Thank you for Your Honor's time and consideration.

               Respectfully submitted,

               KARPINSKI, CORNBROOKS & KARP, P.A.

               /s/

               By:   Kevin Karpinski

KK:bjap

cc:   Counsel of Record