# KARPINSKI, CORNBROOKS & KARP, P.A.

### ATTORNEYS AT LAW
### 120 East Baltimore Street, Suite 1850
### Baltimore, Maryland 21202-1617

KEVIN KARPINSKI *
E. I. CORNBROOKS, IV

DANIEL M. SCAPARDINE
JASON C. PARKINS
ASHLEY C. FISHER
MEGAN E. SCHUMM

\* Admitted in MD and DC

Telephone   410-727-5000
Facsimile   410-727-0861
Email bkcklaw@aol.com
Website www.kcklegal.com

DANIEL KARP
MICHAEL B. RYND
OF COUNSEL

RICHARD T. COLARESI
RETIRED

*Approved.*
*ELH*
*USDJ*
*2/28/22*

February 28, 2022

**Via Electronic Filing**
The Honorable Ellen L. Hollander
United States District Court for
  The District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> RE:   341-134
>       Civil Action No: 1:21-cv-01088-ELH
>       *Maryland Office of the Public Defender, et al. v. Talbot County, MD*

Dear Judge Hollander:

I am writing to provide the Court with a joint status report regarding the above-referenced matter.

The County Attorney has been working to finalize the schedule for removal of the monument and the contract for the foundation in Harrisonburg, Virginia. I expect to be able to advise the Court of the date of removal by the end of the week. I have shared this status report with Plaintiffs' counsel and they agree to keep the stay in place until Tuesday, March 8, 2022. In the meantime, I will have provided the Court a status report by no later than Friday, March 4, 2022.

Thank you for your Honor's time and consideration.

> Respectfully submitted,
>
> KARPINSKI, CORNBROOKS & KARP, P.A.
>
> /s/
>
> By:   Kevin Karpinski

KK:bjap

cc:   Counsel of Record