# KARPINSKI, CORNBROOKS & KARP, P.A.
### ATTORNEYS AT LAW
### 120 East Baltimore Street, Suite 1850
### Baltimore, Maryland 21202-1617

KEVIN KARPINSKI *
E. I. CORNBROOKS, IV

DANIEL M. SCAPARDINE
JASON C. PARKINS
ASHLEY C. FISHER
MEGAN E. SCHUMM

Telephone   410-727-5000
Facsimile   410-727-0861
Email bkcklaw@aol.com
Website www.kcklegal.com

DANIEL KARP
MICHAEL B. RYND
OF COUNSEL

RICHARD T. COLARESI
RETIRED

* Admitted in MD and DC

March 4, 2022

*Approved*
*ELH*
*USDJ*
*3/4/22*

**Via Electronic Filing**
The Honorable Ellen L. Hollander
United States District Court for
The District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE:   341-134
      Civil Action No: 1:21-cv-01088-ELH
      *Maryland Office of the Public Defender, et al. v. Talbot County, MD*

Dear Judge Hollander:

I am writing to provide the Court with a status report regarding the removal of the monument. The County is making progress. However, the contractor was attempting to secure a forklift from a company in Pennsylvania. Those efforts proved to be unsuccessful and the equipment is now being sent from Wisconsin.

I expect to receive an update next week. In an effort to keep the Court and counsel apprised. I am proposing that I provide the Court with another status report next Friday, March 11, 2022. I have conferred with opposing counsel and they have stated that my proposal is acceptable.

Thank you for your Honor's time and consideration.

Respectfully submitted,

KARPINSKI, CORNBROOKS & KARP, P.A.

/s/

By:   Kevin Karpinski

KK:bjap

cc:   Counsel of Record