# KARPINSKI, CORNBROOKS & KARP, P.A.
## ATTORNEYS AT LAW
### 120 East Baltimore Street, Suite 1850
### Baltimore, Maryland 21202-1617

KEVIN KARPINSKI *
E. I. CORNBROOKS, IV

DANIEL M. SCAPARDINE
JASON C. PARKINS
ASHLEY C. FISHER
MEGAN E. SCHUMM

Telephone   410-727-5000
Facsimile   410-727-0861
Email  bkcklaw@aol.com
Website  www.kcklegal.com

DANIEL KARP
MICHAEL B. RYND
OF COUNSEL

RICHARD T. COLARESI
RETIRED

* Admitted in MD and DC

March 11, 2022

APPROVED THIS 11th DAY OF March 20 22
/s/ Ellen L. Hollander
ELLEN L. HOLLANDER, U.S.D.J.

**Via Electronic Filing**
The Honorable Ellen L. Hollander
United States District Court for
  The District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE:    341-134
       Civil Action No: 1:21-cv-01088-ELH
       *Maryland Office of the Public Defender, et al. v. Talbot County, MD*

Dear Judge Hollander:

I am providing a status report to the Court regarding the above-referenced matter.

As reflected by the attached press release, which was just issued, preparatory work will be done this Sunday in anticipation of the monument being removed and relocated on Monday, March 14, 2022.

I intend to confer with Plaintiffs' counsel next week regarding the status of the case. I suggest that we provide the Court with a joint status report on Friday, March 18, 2022. I have conferred with counsel and they are in agreement with having the stay remain in place and counsel providing the Court a status report on March 22, 2022.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

KARPINSKI, CORNBROOKS & KARP, P.A.

/s/

By:  Kevin Karpinski

KK:bjap
Attachment
cc:    Counsel of Record